**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Courtney Ladon JACKSON, also known
as Courtney Jackson, Defendant–
Appellant.**

No. 04–11401
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Susan B. Cowger, Felicia M. Moncrief, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Courtney Ladon Jackson, Forrest City, AR, pro se.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Courtney Ladon Jackson has moved for leave to

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jackson has filed a response. Our independent review of the record, counsel's brief, and Jackson's response discloses that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.